IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEEM MUHAMMED | : | |
| 5703 Belmar Terrace | : | |
| Philadelphia, PA  19143 | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | # 02-CV-29440 |
| | : | |
| v. | : | |
| | : | |
| AVIS RENT-A-CAR SYSTEMS, INC. | : | |
| 800 Old Country Road | : | |
| Garden City, New York  11530 | : | |
| | : | |
| Defendant | : | |

## *ORDER*

AND NOW, this _____ day of _____, 2002, upon consideration of Plaintiff's Petition for Default, it is hereby **ORDERED** and **DECREED** that Plaintiff's Petition for Default is **GRANTED**.

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEEM MUHAMMED<br>5703 Belmar Terrace<br>Philadelphia, PA  19143 | :<br>:<br>:  CIVIL ACTION<br>: |
| Plaintiff | :  # 02-CV-29440<br>: |
| v. | :<br>: |
| AVIS RENT-A-CAR SYSTEMS, INC.<br>800 Old Country Road<br>Garden City, New York  11530 | :<br>:<br>:<br>: |
| Defendant | : |

**PETITION TO ENTER DEFAULT**

Plaintiff, Aleem Muhammed, petitions that Default be entered in the instant matter because Defendants have failed to answer Plaintiff's Complaint within 20 days of service in accordance with the Federal Rules of Civil Procedure 12. (See Affidavit of Joseph M. Toddy, attached hereto as Exhibit A.)

1. On Friday May 16, 2002 Plaintiff, Aleem Muhammed's, Complaint was filed with the United States District Court, Eastern District of Pennsylvania. (A true and correct copy of the Plaintiff's Complaint and evidence of its filing is attached hereto as Exhibit B.)

2. Proper service was effectuated upon the Defendant, Avis Rent-A-Car, Inc., on June 3, 2002. (A true and correct copy of the Summons and Return of Service is attached hereto as Exhibit C.)

3. Service was effectuated within 120 days of filing the complaint as required by Federal Rule of Civil Procedure 4(m).

4. The Summons and Return of Service was filed with the Clerk of the Eastern District of Pennsylvania on June 6, 2002. (A true and correct copy of the Summons and Return of Service is attached hereto as Exhibit C.)

5. Subsequently, Defendant has failed to answer the Complaint within the required 20 days as provided in Federal Rule of Civil Procedure 12.

6. Plaintiff's complaint requests judgment in an amount in excess of $75,000.

Wherefore, Plaintiff asks this Honorable Court to enter Default against the Defendant and in favor of the Plaintiff, for failing to Answer the Complaint.

Respectfully Submitted,
**ZARWIN ◆ BAUM ◆ DEVITO**
**KAPLAN ◆ O'DONNELL ◆ SCHAER◆ P.C.**

_____
**JOSEPH M. TODDY, ESQ.**
Attorney for Plaintiff
Attorney #42484
1515 Market Street
Suite 1200
Philadelphia, PA  19102
(215) 569-2800