IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Aleem Muhammed, | : |
| | : Civil Action No. 02-CV-2944 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| Avis Rent-A-Car Systems, Inc., | : |
| | : |
| Defendant. | : |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THE DISTRICT COURT:

Kindly enter our appearances on behalf of Defendant, Avis Rent-A-Car System, Inc. (incorrectly identified as "Avis Rent-A-Car Systems, Inc."), in the above-captioned matter.

_____
STEVEN K. LUDWIG, ESQUIRE (I.D. No. 40417)

_____
CATHERINE T. BARBIERI, ESQUIRE (I.D. No. 78350)
FOX, ROTHSCHILD, O'BRIEN & FRANKEL, LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103
(215) 299-2839

Attorneys for Defendant, Avis Rent-A-Car System, Inc.

Dated:  August 20, 2002

**CERTIFICATE OF SERVICE**

I, Catherine T. Barbieri, hereby certify that a true and correct copy of the Entry of Appearance on behalf of Defendant, Avis Rent-A-Car System, Inc., has been served via first class mail, postage prepaid, on counsel for Plaintiff addressed as follows:

>Joseph M. Toddy
>Zarwin, Baum, Devito, Kaplan,
>O'Donnell, Schaer, P.C.
>1515 Market Street, Suite 1200
>Philadelphia, PA 19102

_____
Catherine T. Barbieri, Esquire

Dated: August 20, 2002